IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Service Employees International Union Local 36 Benefit Funds, et al.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **Advanced Management Concepts, Inc.** | : | |
| | : | NO.  02-3590 |

PRAECIPE FOR WRIT OF EXECUTION

**TO THE CLERK:**

    ISSUE WRIT OF EXECUTION in the above matter, directed to the United States Marshal for the Eastern District of Pennsylvania, and against Advanced Management Concepts, Inc.,

and against PNC Bank, 230 South Broad Street, Philadelphia, PA 19102, garnishee,

and_____ as garnishee, as a lis pendens against real property of the judgment debtor in the name of garnishee, as follows: any and all monies due to the Defendant being held by garnishee.

```
Amount due  . . . . . . . . . . . . . . . . . . . . . . . . . . . $45,280.03
Attorneys' Fees . . . . . . . . . . . . . . . . . . . . . . . . . . $750.00
Interest from   . . . . . . . . . . . . . . . . . . . . . . . . . $1,207.46
TOTAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . $47,237.49
```

Date: _____          _____
                                                                    Bruce E. Endy
                                                                Attorney for Plaintiffs

\*Applicable to real estate only (Rule 3104(c) Pa.R.C.P.)

Case 2:02-cv-03590-JCJ   Document 5   Filed 11/04/2003   Page 2 of 2