IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Service Employees International Union Local 36 Benefit Funds, et al.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **Advanced Management Concepts, Inc.** | : | |
| | : | NO. 02-3590 |

**MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS**
**(Local Rule 29 and FRCP 4.1(a))**

    Application is hereby made for an Order specially appointing Isabel Gebhardt to serve the Writ Of Execution on PNC Bank, 230 South Broad Street, Philadelphia, PA 19102 in this action, and it is represented that the person named is competent and at least (18) years old. The person is not and will not be a party to this action. Substantial time and expense will be saved by not using the U.S. Marshal or his Deputy for this purpose.

                                                     **SPEAR, WILDERMAN, BORISH,**
                                                     **ENDY, SPEAR AND RUNCKEL**

BY:_____
                              Bruce E. Endy
Date:                              Attorney for Plaintiff(s)

**O R D E R**

    The above application is ORDERED and GRANTED.

    FURTHER ORDERED that proof of such service shall be made by affidavit in accordance with Rule 4(l), FRCP, and filed with the Clerk together with the original process.

    FURTHER ORDERED that entry hereof implies no ruling on the validity of such service.


**ORDER DATED:** _____     _____
                                                               ( ) U.S. District Judge
                                                              ( ) Clerk  ( ) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Service Employees International Union Local 36** | : | CIVIL ACTION |
| **Benefit Funds, et al.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **Advanced Management Concepts, Inc.** | : | |
| | : | NO. 02-3590 |

### AFFIDAVIT OF BRUCE E. ENDY

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : |
| | :    ss |
| COUNTY OF PHILADELPHIA | : |

I, Bruce E. Endy, being duly sworn according to law, do herein depose and say as follows:

1. I am the attorney for the Plaintiffs in the above-captioned action. I make this Affidavit in support of a request for post-judgment attorney's fees specifically granted in Judgment entered , included herewith.

2. Pursuant to 29 U.S.C. §1132(g)(2), Plaintiffs are entitled to recover counsel fees and costs in this action. Attorney's fee incurred in the enforcement of the Judgment in this matter are set at $750.00 based on services rendered.

_____
Bruce E. Endy

Sworn to and Subscribed to
before me this _____ day
of _____,2003

_____
Notary Public