## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SERVICE EMPLOYEES INTERNATIONAL          :
UNION LOCAL 36 BENEFIT FUNDS, ET AL.     : CIVIL ACTION
                                         :
      vs.                                  :
                                         :
ADVANCED MANAGEMENT CONCEPTS, INC.  :
                                         :
      and                                  :
                                         :
PNC BANK, NATIONAL ASSOCIATION,          :
     GARNISHEE                            : NO. 02-3590

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance on behalf of PNC Bank, National Association, Garnishee, in the above-captioned matter.

                           _____
                           JON C. SIRLIN
                           Attorney for Garnishee
                           Attorney I.D. #17498

                           SIRLIN GALLOGLY & LESSER, P.C.
                           1529 Walnut Street, Suite 600
                           Philadelphia, PA l9l02
                           (215) 864-9700

Date:_____