IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Service Employees International Union Local 36 Benefit Funds, et al.,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| v. | : | |
| **Advanced Management Concepts, Inc.** | : | **NO. 02-3590** |
| **Defendant** | : | |
| and | : | |
| **PNC Bank** | : | |
| **Garnishee** | : | |

## RELEASE OF ATTACHMENT

The attachment of any and all accounts of Defendant, held by Garnishee, is hereby released.

                                          **SPEAR, WILDERMAN, BORISH,
ENDY, SPEAR AND RUNCKEL**

                                          BY:_____
                                                 BRUCE E. ENDY
                                                 Suite 1400
                                                 230 South Broad Street
                                                 Philadelphia, PA  19102
                                                 (215) 732-0101

Dated: January 9, 2004